```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                       AT CHARLESTON
```

DAVID N. DRESSLER

      Plaintiff,

v.                                    Civil Action No. 2:18-CV-1126

JEFFERSON COUNTY, WV, et al.,

      Defendants.

## JUDGMENT ORDER

In accordance with the order adopting the magistrate judge's Proposed Findings and Recommendations this day entered in the above-styled civil action, it is ORDERED that the plaintiff's complaint be, and hereby is, dismissed without prejudice for lack of subject matter jurisdiction.

The Clerk is directed to forward copies of this judgment order to the plaintiff, all counsel of record, and the United States Magistrate Judge.

      ENTER: March 5, 2019

      _____
      John T. Copenhaver, Jr.
      Senior United States District Judge